# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**386**

**CA 10-01204**

PRESENT: CENTRA, J.P., FAHEY, CARNI, GREEN, AND GORSKI, JJ.

---

KENNETH ASH, PLAINTIFF-RESPONDENT,

V                                                              ORDER

WINDOW SPECIALIST, INC., DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

NESPER, FERBER & DIGIACOMO, LLP, AMHERST (GABRIEL J. FERBER OF
COUNSEL), FOR DEFENDANT-APPELLANT.

LAW OFFICE OF PHILIP A. MILCH, BUFFALO (PHILIP A. MILCH OF COUNSEL),
FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Niagara County (Ralph
A. Boniello, III, J.), entered March 15, 2010 in a breach of contract
action. The order, among other things, determined that defendant owed
plaintiff the sum of $103,553.33 plus statutory interest.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Matter of Laborers Intl. Union of N. Am., Local
210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977).

Entered: March 25, 2011                          Patricia L. Morgan
                                                 Clerk of the Court